Alison Levon BOYD, Plaintiff–
Appellant,

v.

CITY OF GREENSBORO, Employer of Defendants; Greensboro City Commissioner, Police Officer; Ryan H. Coggins, Officer; Officer Christopher Cottonaro, Police Officer, Defendants–Appellees.

No. 11–7577.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 24, 2012.

Alison Levon Boyd, Appellant Pro se.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alison Levon Boyd appeals a district court order adopting the magistrate judge's report and recommendation and dismissing his civil rights complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2006) for failing to state a claim.

We agree with the district court that Boyd failed to state a claim, although we do so upon alternate grounds. With regard to Boyd's claim that the strip search violated his Fourth Amendment rights, we note that during the criminal proceedings the district court found that Boyd consented to the search. He is precluded from rearguing this claim. Boyd also claims that local police took his wallet, some documents and $2100 in cash without due process. We conclude that this claim must fail because North Carolina has adequate post-deprivation remedies that are available to Boyd.

Accordingly, we affirm. We deny Boyd's motion for a default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*